AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LYON FITNESS, LLC, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation,<br><br>*Defendant(s)* | Civil Action No. 5:25-cv-0501-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAYPAL HOLDINGS, INC.
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

PAYPAL, INC.
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rosemary M. Rivas
1111 Broadway, Suite 2100
Oakland, CA 94607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: January 17, 2025

*Kim Means*
*Signature of Clerk or Deputy Clerk*